It is so ordered.

s/James G. Carr
Sr. United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Midwest Terminals of Toledo International, Inc., | \* | Case No. 3:18-cv-01286 |
| | \* | JUDGE James G. Carr |
| Plaintiff, | \* | MAGISTRATE JUDGE James R. Knepp, II |
| vs. | \* | |
| Lakes Pilots Association, Inc., et al., | \* | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | \* | |
| \* | \* | \* |

**NOW COME** the Parties, by and between counsel, and hereby stipulate pursuant to F.R.C.P. 41(a)(1)(A)(ii) to dismiss this matter with prejudice. Each party is to bear their own costs.

| | |
|---|---|
| **/s/ Ronald L. Mason** | **/s/ J. Mark Trimble** |
| Ronald L. Mason (0030110) | J. Mark Trimble (0046515) |
| Mason Law Firm Co., LPA | Rohrbachers Cron Manahan Trimble Zimmerman & Co., LPA |
| PO Box 398 | 405 Madison Ave., 8th Floor |
| Dublin, Ohio 43017 | Toledo, Ohio 43604 |
| Phone:  614-734-9450 | Phone: 419-248-2600 |
| Fax:  614-734-9451 | Fax:  419-248-2614 |
| E-mail: rmason@maslawfirm.com | E-mail: mtrimble@rcmtz.com |
| Attorney for Plaintiff | Attorney for Defendants |
| Midwest Terminals of Toledo, International, Inc. | Lakes Pilots Association, Inc., et al. |

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Stipulation was served via the court's electronic system to Ronald L. Mason and Aaron T. Tulencik, Mason Law Firm Co., L.P.A., P.O. Box 398, Dublin, Ohio 43017, rmason@maslawfirm.com and atulencik@maslawfirm.com, Attorneys for Plaintiff on this 2nd day of November, 2018.

>/s/ J. Mark Trimble
J. Mark Trimble
Attorney for Defendants
ROHRBACHERS CRON MANAHAN
TRIMBLE & ZIMMERMAN CO., L.P.A.
405 Madison Avenue, 8th Floor
Toledo, Ohio 43604-1243
Phone: (419) 248-2600
Fax: (419) 248-2614